

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

February 12, 2021

Mr. John A. Cerino, Clerk
United States District Court
for the District of Delaware
844 N. King Street, #18
Wilmington, DE 19801

Re:  <u>CAC Maritime, Ltd. v. M/V OCEAN FORCE, IMO 8215613</u>

Dear Mr. Cerino:

As Counsel for CAC Maritime, Ltd., ("CAC") I write to request expedited handling of our motion to issue the Rule C ship arrest warrant.

Plaintiff has filed an action for breach of maritime contracts. The requested writ seeks to arrest the Vessel M/V OCEAN FORCE, which is at anchor in this District but may be departing as soon as today.

Supplemental Admiralty and Maritime Rule C provides for the immediate issue of a vessel arrest warrant. If the warrant is delayed, the Vessel may depart the District before the issuance and service of the warrant.

Plaintiff CAC respectfully requests that the motion for warrant of arrest be handled on an expedited basis and transmitted today to the Court for consideration and entry.

Respectfully submitted,

*/s/ Timothy Jay Houseal*

Timothy Jay Houseal (DE. I.D. #2880)

cc:  J. Stephen Simms, Esq.

27727176.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253   YoungConaway.com