IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd. § <br> § <br> Plaintiff, § <br> § CIVIL ACTION NO.: <br> v. § <br> § IN ADMIRALTY, Rule 9(h) <br> M/V OCEAN FORCE, IMO 8215613, its § <br> equipment, appurtenances, and freights § <br> § <br> Defendant in rem. § | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff CAC Maritime states that it is not a public corporation and that none of its shares are held by publicly traded corporations.

|  | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP |
|---|---|
| **OF COUNSEL** | */s/ Timothy Jay Houseal* |
|  | _____ |
| J. Stephen Simms | Timothy Jay Houseal (Del. Bar ID No. 2880) |
| Simms Showers LLP | Rodney Square |
| 201 International Circle, Ste. 250 | 1000 North King Street |
| Baltimore, Maryland 21030 | Wilmington, DE 19801 |
| Telephone: (410) 783-5795 | (302) 571-3267 |
| Facsimile: (410) 510-1789 | thouseal@ycst.com |
| jssimms@simmsshowers.com |  |
|  |  |
| Dated: February 12, 2021 | *Attorneys for CAC Maritime, Ltd.* |

27727139.1