IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd. | § |
| | § |
| Plaintiff | § |
| | § CIVIL ACTION NO.: |
| v. | § |
| | § IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its | § |
| equipment, appurtenances, and freights | § |
| | § |
| Defendant in rem. | § |

## MOTION AND MEMORANDUM FOR ORDER FOR ISSUE OF WARRANT OF ARREST

Plaintiff CAC Marine moves as follows, pursuant to Supplemental Federal Admiralty and Maritime Rule C, for this Court to issue a warrant of arrest *in rem* for the M/V OCEAN FORCE, IMO 8215613 ("Vessel"), her equipment, appurtenances, and freights, and in further support, in addition to the Verified Complaint filed herewith, states as follows:

### Supplemental Rule C Warrant of Vessel Arrest

Plaintiff has a valid maritime claim and lien against the Vessel for breach of maritime contract arising from non-payment for maritime necessaries provided to the Vessel, as more fully set forth in the Verified Complaint.

Rule C(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that an action in rem may be brought "to enforce any maritime lien," or "[w]henever a statute of the United States provides for a maritime action *in rem* or proceeding analogous thereto."

Rule C(3)(a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that where a maritime lien is sought to be enforced by an action *in rem*, the Court must review the complaint and any supporting papers. If the conditions for an *in rem*

27727302.1

action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the Vessel or other property that is the subject of the action.

The conditions for an *in rem* action against the Vessel having been met, and the grounds for the issuance of a warrant of arrest having been established, Plaintiff respectfully requests that an Order be entered directing the clerk of the Court to issue a warrant for the arrest of the Vessel.

WHEREFORE, Plaintiff prays that this Court enter an order in the form attached hereto, directing the Clerk of the Court to issue the requested warrant for the arrest of the Vessel and to deliver said warrant to the United States Marshal or Representative appointed by this Court for execution, and all other relief that justice and equity allow.

A proposed Order and Warrant for Arrest are attached hereto.

|  |  |
|---|---|
| **OF COUNSEL** | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>*/s/ Timothy Jay Houseal*<br>_____ |
| J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Ste. 250<br>Baltimore, Maryland 21030<br>Telephone: (410) 783-5795<br>Facsimile: (410) 510-1789<br>jssimms@simmsshowers.com | Timothy Jay Houseal (Del. Bar ID No. 2880)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-3267<br>thouseal@ycst.com |
| Dated: February 12, 2021 | *Attorneys for CAC Maritime, Ltd.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd. | § |
| | § |
|   Plaintiff, | § |
| | §   CIVIL ACTION NO.: |
| v. | § |
| | §   IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its | § |
| equipment, appurtenances, and freights | § |
| | § |
|   Defendant in rem. | § |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR VESSEL ARREST

Upon consideration of the Verified Complaint filed by Plaintiff and the Court having found that the conditions required by Supplemental Rule for Certain Admiralty and Maritime Claims C exist, **NOW**, upon Plaintiff's motion, it is hereby,

**ORDERED** that the Clerk issue a Warrant of Arrest *in rem* for the Vessel pursuant to Supplemental Rule C(3)(a), providing for the arrest by plaintiff of the Vessel *in rem*; and it is further,

**ORDERED** that the Vessel may be released from seizure without further order of this Court if the United States Marshal (or Custodian or husbanding agent of the Vessel, as applicable) receives written authorization from the counsel who requested the arrest or other counsel of record representing Plaintiff in this action, and such counsel advises that counsel has conferred with all counsel representing the parties to the litigation and they consent to the release, if the attorney files the consent, and the Court has not entered an Order to the Contrary.

**SO ORDERED** this _____ day of February, 2021.

_____
United States District Judge

27727302.1