IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC Maritime, Ltd. | § | |
| | § | |
|    Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its | § | |
| equipment, appurtenances, and freights | § | |
| | § | |
|    Defendant in rem. | § | |

**MOTION FOR AN ORDER APPOINTING TIMOTHY JAY HOUSEAL
OR HIS DESIGNATE AS REPRESENTATIVE TO SERVE THE MASTER OF THE
VESSEL WITH THE WRIT FOR MARITIME ATTACHMENT**

Plaintiff moves that this Court appoint Timothy Jay Houseal or his designate as representative of the United States Marshal to serve as Representative to serve the warrant of arrest on the Vessel ("Representative"), given the un-availability of the United States Marshal for this District.

As grounds for this motion, Plaintiff states the following:

The United States Marshals Service has during the Covid-19 restrictions, stated that Deputy Marshals are not available to serve Warrants of Vessel Arrest and that instead, plaintiff should move the Court to appoint a Representative to serve the Warrant requested in this case.

A number of Courts considering this, including this Court, *Gulf Oil Marine, Ltd. v. Ageles Ltd., et al.*, Civil Action No. 20-609-RGA (Order, May 5, 2020, ECF 10), in situations of unavailability of a Deputy Marshal to serve maritime process, have appointed Representatives to serve Supplemental Rule C vessel arrest warrants, when the United States Marshal has been unavailable. *See Bouchard Transportation Co., Inc. v. Laurel Shipping LLC et al,* Civil Action No. 1:19-cv-09559-MKV (U.S. District Court, Southern District of New York, ECF 80, April 29

2020), https://ecf.nysd.uscourts.gov/doc1/127126807222; *Kaleido Logistics, S.L. v. Cargo Carried under Bill of Lading HOEGTT27SRBA0001, et al.*. Civil Action No.: 1:20-cv-00993-ELH (U.S. District Court, District of Maryland, ECF No. 10, April 20, 2020), https://ecf.mdd.uscourts.gov/doc1/093111039713; *Dry Bulk Singapore PTE. LTD. v. Amis Integrity S.A. et al*, Civil Action No. 3:19-cv-01671-BR (U.S. District Court, D. Oregon), https://ecf.ord.uscourts.gov/cgi-bin/DktRpt.pl?148669, Order [ECF 13], October 13, 2019 (Simon, J.), at  https://ecf.ord.uscourts.gov/doc1/15117274740; *Caddell Dry Dock and Repair Co., Inc. v. Bouchard Transportation Co., Inc. et al*, Civil Action No. 20-cv-00685-EK-LB (E.D.N.Y.), https://ecf.nyed.uscourts.gov/cgi-bin/DktRpt.pl?444756, Order,  Feb. 21, 2020 [ECF 18], at https://ecf.nyed.uscourts.gov/doc1/123116404592; *Chemoil Corporation v. M/V DARYA VISHNU*, 2014 A.M.C. 371,  2013 WL 6328829 *4 (Dec. 5, 2013, W.D. Wash.)(rejecting vessel owner's argument that appointment of individual to serve warrant of arrest was wrongful); *Trans-Tec Services, Inc. v. M/V CELESTINA*, 3:13-cv-5494 (Oct. 11, 2013, D. Md.); *ATS International Services, Inc. v. Kousa International, LLC*, Civil Action No. RDB 12-2525 (Aug 23, 2012, D. Md) *Williamette Production Credit Ass'n v. Kenneth E. Staffenson*, 1985 A.M.C. 1511, 1984 WL 1793 *1 (D. Or. 1984).

Further, the Vessel is represented at the Port of Wilmington by its local husbanding agent: David Chenowith/ Manager, T. Parker Host, 1 Hausel Rd # 208, Wilmington, DE 19801, Fax 302-654-2256, David.Chenowith@hostagency.com.

The local husbanding agent will have direct contact with the Master of the Vessel, who Plaintiff has requested be appointed as Substitute Custodian.

Plaintiff therefore, considering the current COVID restrictions, requests that service of the Warrant of Vessel Arrest to be issued herein, may be made directly on the Master of the Vessel by

email, facsimile or other electronic means, or, by email and facsimile to the Master c/o T. Parker

Host Steigler or on such other husbanding agent which has replaced T. Parker Host, and/or the

Master of the Vessel.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion, and

herewith submits a draft order.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

**OF COUNSEL**

*/s/ Timothy Jay Houseal*
_____

J. Stephen Simms
Simms Showers LLP                                  Timothy Jay Houseal (Del. Bar ID No. 2880)
201 International Circle, Ste. 250                  Rodney Square
Baltimore, Maryland 21030                          1000 North King Street
Telephone:      (410) 783-5795                     Wilmington, DE 19801
Facsimile:      (410) 510-1789                     (302) 571-3267
jssimms@simmsshowers.com                           thouseal@ycst.com

Dated:  February 12, 2021                           *Attorneys for CAC Maritime, Ltd.*

27727405.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC Maritime, Ltd. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its | § | |
| equipment, appurtenances, and freights | § | |
| | § | |
| Defendant in rem. | § | |

## ORDER

Upon the Motion of Plaintiff for the appointment of Timothy Jay Houseal or his designate as Representative to serve the Warrant of Maritime Arrest issued by this Court in place of the United States Marshal in this case, and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion is granted, and that Timothy Jay Houseal or his designate is appointed to serve as Representative to serve the Warrant of Maritime on the Master of the M/V OCEAN FORCE ("Vessel") in place of the U.S. Marshal for the District of Delaware, and it is further

ORDERED that considering present COVID restrictions such service may be made directly by facsimile, email or other electronic means on the Master of the Vessel, or to the Master of the Vessel c/o, the Vessel's local husbanding agent: David Chenowith/ Manager, T. Parker Host, 1 Hausel Rd # 208, Wilmington, DE 19801, Fax 302-654-2256, David.Chenowith@hostagency.com, or on such other husbanding agent which has replaced T. Parker Host.

ORDERED that Timothy Jay Houseal or his designate shall report the results of the arrest to the U.S. Marshal for the District of Delaware and cause to be filed a return of service with this Court following service of the Warrant of Arrest.

DONE AND ORDERED this _____ day of February 2021.


_____
UNITED STATES DISTRICT JUDGE

27727405.1