IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC Maritime, Ltd. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its | § | |
| equipment, appurtenances, and freights | § | |
| | § | |
| Defendant in rem. | § | |

## MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND MEMORANDUM OF LAW IN SUPPORT

Plaintiff hereby moves this Court to enter an Order appointing the Master of the M/V OCEAN FORCE ("the Vessel") as Substitute Custodian of M/V OCEAN FORCE, her equipment, appurtenances, and freights, and as grounds therefore, states:

1. On February 12, 2021, a Verified Complaint was filed praying that the Vessel be arrested, and for other proper relief.

2. Plaintiff has moved this Court to direct the Clerk of this Court to issue a Warrant for Arrest of the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain the same in his custody until further Order of this Court.

3. The United States Marshal, however, has confirmed that they are not available, because of the current Covid-19 situation, to attend the Vessel in person, and to arrest and take custody of the Vessel.

27727242.1

4. Plaintiff seeks to avoid part of the current daily charges for keeping the Vessel by appointing the Master of the M/V OCEAN FORCE as Substitute Custodian in place of the United States Marshal, and also because the Marshal is not available.

5. The Vessel is presently moored in this District. In the interest of allowing the Vessel to remain in the hands of a competent person and to save unnecessary expenses, Plaintiff wishes to have the Master of the Vessel be appointed as substitute custodian of said Vessel. The Master, of course, is in charge of the Vessel, as a matter of the ordinary course of the Vessel's operations, and therefore insured concerning and competent with keeping the Vessel.

6. Plaintiff, in consideration of the Marshal's consent to the substitution of custody of the Vessel, agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel and all other necessaries thereunto pertaining and belonging, from the time the Marshal transfers custody of said Vessel over to the substitute custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping of the Vessel.

7. The Marshal for this District therefore should be ordered, authorized and directed to surrender the possession and custody of the Vessel to the Substitute Custodian named herein and that upon such surrender the Marshal shall be discharged from the Marshal's duties and responsibilities for the safekeeping of the Vessel and held harmless for any and all claims arising whatever out of said substituted possession and safekeeping of the Vessel.

8. This Court also should further order that the Vessel be allowed to be moved from the location of arrest to another location within this District, in order to reduce the costs of keeping the Vessel or otherwise to accommodate the orderly business of the Port.

9. Thus, good reason exists for this Court to grant Plaintiff's Motion to appoint a Substitute Custodian for the United States Marshal.

## CONCLUSION

Based on the foregoing, Plaintiff's Motion for Appointment of a Substitute Custodian should be granted.

WHEREFORE, Plaintiff prays for the entry of an Order appointing the Master of the M/V OCEAN FORCE as Substitute Custodian.

|  |  |
|---|---|
| **OF COUNSEL** | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| J. Stephen Simms | */s/ Timothy Jay Houseal* |
| Simms Showers LLP | _____ |
| 201 International Circle, Ste. 250 | Timothy Jay Houseal (Del. Bar ID No. 2880) |
| Baltimore, Maryland 21030 | Rodney Square |
| Telephone: (410) 783-5795 | 1000 North King Street |
| Facsimile: (410) 510-1789 | Wilmington, DE 19801 |
| jssimms@simmsshowers.com | (302) 571-3267 |
|  | thouseal@ycst.com |
| Dated: February 12, 2021 | *Attorneys for CAC Maritime, Ltd.* |

IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF DELAWARE

CAC Maritime, Ltd.                          §
                                            §
    Plaintiff,                              §
                                            §   CIVIL ACTION NO.:
v.                                          §
                                            §   IN ADMIRALTY, Rule 9(h)
M/V OCEAN FORCE, IMO 8215613, its           §
equipment, appurtenances, and freights      §
                                            §
    Defendant in rem.                       §

                         **ORDER OF APPOINTMENT OF**
                         <u>**SUBSTITUTE CUSTODIAN**</u>

      This matter is before the Court upon the Motion of the Plaintiff for an Order authorizing the appointment of the Master of the M/V OCEAN FORCE, which is the subject of this admiralty action, as substitute custodian of the M/V OCEAN FORCE. The Court having reviewed the Motion for Appointment of Substitute Custodian, and it appearing to the Court that the proposed replacement custodian is an acceptable replacement custodian for the U.S. Marshal, it is therefore,

      **ORDERED** that the Master of the M/V OCEAN FORCE is hereby authorized to replace the U.S. Marshal as custodian of the subject Vessel while she is under arrest, to act as the Substitute Custodian of the subject Vessel, to permit movement of said Vessel within the District of Delaware, and to permit cargo operations to occur on said Vessel anywhere within the District of Delaware.

      DONE AND ORDERED this _____ day of February 2021.


                                            _____
                                            UNITED STATES DISTRICT JUDGE


27727242.1