IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd. | § |
| | § |
|   Plaintiff, | § |
| | § CIVIL ACTION NO.: |
| v. | § |
| | § IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its equipment, appurtenances, and freights | § |
| | § |
|   Defendant in rem. | § |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR VESSEL ARREST

Upon consideration of the Verified Complaint filed by Plaintiff and the Court having found that the conditions required by Supplemental Rule for Certain Admiralty and Maritime Claims C exist, **NOW**, upon Plaintiff's motion, it is hereby,

**ORDERED** that the Clerk issue a Warrant of Arrest *in rem* for the Vessel pursuant to Supplemental Rule C(3)(a), providing for the arrest by plaintiff of the Vessel *in rem*; and it is further,

**ORDERED** that the Vessel may be released from seizure without further order of this Court if the United States Marshal (or Custodian or husbanding agent of the Vessel, as applicable) receives written authorization from the counsel who requested the arrest or other counsel of record representing Plaintiff in this action, and such counsel advises that counsel has conferred with all counsel representing the parties to the litigation and they consent to the release, if the attorney files the consent, and the Court has not entered an Order to the Contrary.

**SO ORDERED** this 12th day of February, 2021.

                                                 /s/ Richard G. Andrews
                                                 United States District Judge