IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC Maritime, Ltd. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| M/V OCEAN FORCE, IMO 8215613, its | § | |
| equipment, appurtenances, and freights | § | |
| | § | |
| Defendant in rem. | § | |

**ORDER**

Upon the Motion of Plaintiff for the appointment of Timothy Jay Houseal or his designate as Representative to serve the Warrant of Maritime Arrest issued by this Court in place of the United States Marshal in this case, and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion is granted, and that Timothy Jay Houseal or his designate is appointed to serve as Representative to serve the Warrant of Maritime on the Master of the M/V OCEAN FORCE ("Vessel") in place of the U.S. Marshal for the District of Delaware, and it is further

ORDERED that considering present COVID restrictions such service may be made directly by facsimile, email or other electronic means on the Master of the Vessel, or to the Master of the Vessel c/o, the Vessel's local husbanding agent: David Chenowith/ Manager, T. Parker Host, 1 Hausel Rd # 208, Wilmington, DE 19801, Fax 302-654-2256, David.Chenowith@hostagency.com, or on such other husbanding agent which has replaced T. Parker Host.

27727405.1

ORDERED that Timothy Jay Houseal or his designate shall report the results of the arrest to the U.S. Marshal for the District of Delaware and cause to be filed a return of service with this Court following service of the Warrant of Arrest.

DONE AND ORDERED this 12th day of February 2021.

                                             /s/ Richard G. Andrews
                                        UNITED STATES DISTRICT JUDGE

27727405.1

2