# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC Maritime, Ltd., | : | |
| Plaintiff, | : | C. A. No. 21-202-RGA |
| vs. | : | IN ADMIRALTY |
| M/V OCEAN FORCE, IMO 8215613, its engines, tackle and apparel, | : | |
| Defendant *in rem*. | : | |
| Rapid Global Shipping, Inc., | : | |
| Intervenor Plaintiff, | : | |
| vs. | : | |
| CAC Maritime, Ltd., | : | |
| Intervenor Defendant, and | : | |
| The Master of the M/V OCEAN FORCE, | : | |
| Garnishee. | : | |

## RESTRICTED APPEARANCE AND VERIFIED STATEMENT OF INTEREST AND CLAIM OF OWNER

Pursuant to Rules C(6) and E(8) of the supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, Redbrick Ventures, Ltd., as Claimant and Owner, of the *in rem* Defendant M/V OCEAN FORCE, IMO 8215613, by and through undersigned counsel, hereby enters a restricted appearance in this matter for the sole purpose of defending against the *in rem* claim made against the M/V OCEAN FORCE, without appearing generally for the purposes of any other claim.

1

This restricted appearance is made with a full reservation and preservation of any and all rights, defenses (including but not limited to jurisdictional defenses), remedies and limitations available to Redbrick Ventures Ltd. and the M/V OCEAN FORCE, *in rem*.

Dated:  March 9, 2021                                         Respectfully submitted,

**BARNARD MEZZANOTTE PINNIE, SEELAUS & KRAFT, LLP**

/s/ Denise S. Kraft_____
Denise S. Kraft (DE Bar No.2278)
Anne Kai Seelaus (DE Bar No. 4970)
1205 N. Orange Street
PO Box 26304
Wilmington, DE  19899
(302) 594-4535
dkraft@bmplaw.net
kseelaus@bmplaw.net

*Attorneys for Claimant and Owner Redbrick Ventures, Ltd.*

**Of counsel:**
George M. Chalos *(pro hac vice forthcoming)*
Briton P. Sparkman *(pro hac vice forthcoming)*
Melissa Patzelt-Russo (*pro hac vice forthcoming*)
**CHALOS & CO, P.C.**
55 Hamilton Avenue
Oyster Bay, New York 11771
Telephone: (516) 714-4300
Facsimile: (516) 750-9051
gmc@chaloslaw.com
bsparkman@chaloslaw.com
mrusso@chaloslaw.com