IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd., | : |
|       Plaintiff, | : |
| | : C. A. No. 1:21-cv-00202-RGA |
| vs. | : |
| | : IN ADMIRALTY |
| M/V OCEAN FORCE, IMO 8215613, its engines, tackle and apparel, | : |
|       Defendant *in rem*. | : |
| and | : |
| Redbrick Ventures, Ltd. | : |
|       Defendant *quasi in rem*, | : |
| And | : |
| The Master of the M/V OCEAN FORCE, Inchcape Shipping Services, | : |
|       Garnishees. | : |
| Rapid Global Shipping, Inc., | : |
|       Intervenor Plaintiff, | : |
| vs. | : |
| CAC Maritime, Ltd., | : |
|       Intervenor Defendant, | : |
| and | : |
| The Master of the M/V OCEAN FORCE, | : |
|       Garnishee. | : |

**AGREED MOTION AND MEMORANDUM FOR APPOINTMENT
FOR SERVICE OF PROCESS OF MARITIME
<u>ATTACHMENT AND GARNISHMENT</u>**

Plaintiff CAC Maritime, Ltd. ("CAC") moves, pursuant to Supplemental Rule B(1)(d)(ii), for an Order appointing Timothy Jay Houseal, or any other qualified person appointed by him, to serve process of maritime garnishment, and any supplemental process in this matter.

Supplemental Rule B(1)(d)(ii) provides in pertinent part as follows:

> If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) **someone specially appointed by the court for that purpose**; or, (D) in an action brought by the United States, any officer or employee of the United States.

(Emphasis added).

As further grounds for this motion, Plaintiff states that service of the maritime garnishment writs issued in this case will be straightforward, on garnishees located in this District. Utilizing private process service will conserve the resources of the United States Marshal.

Plaintiff will, upon service, promptly cause returns of service to be filed in this case.

WHEREFORE, Plaintiff respectfully requests this Court to grant this motion and herewith submits a draft order.

                YOUNG CONAWAY STARGATT & TAYLOR LLP

                */s/ Timothy Jay Houseal*
                Timothy Jay Houseal (Del. Bar ID No. 2880)
                Rodney Square
                1000 North King Street
                Wilmington, DE 19801
                (302) 571-6682
**OF COUNSEL**        thouseal@ycst.com

J. Stephen Simms        *Attorneys for CAC Maritime, Ltd.*
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:    (410) 783-5795

Facsimile:      (410) 510-1789
jssimms@simmsshowers.com

Dated: March 11, 2021

Case 1:21-cv-00202-RGA   Document 34   Filed 03/15/21   Page 3 of 3 PageID #: 170