**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CAC Maritime, Ltd., | : |
| | : |
| Plaintiff, | :        C.A. No. 21-202-RGA |
| | : |
| vs. | :        IN ADMIRALTY |
| | : |
| M/V OCEAN FORCE, IMO 8215613, its | : |
| engines, tackle and apparel, | : |
| | : |
| Defendant *in rem*. | : |
| and | : |
| | : |
| Redbrick Ventures, Ltd. | : |
| | : |
| Defendant *quasi in rem,* | : |
| | : |
| _____ | : |
| | : |
| Rapid Global Shipping, Inc., | : |
| | : |
| Intervenor Plaintiff, | : |
| vs. | : |
| | : |
| CAC Maritime, Ltd., | : |
| | : |
| Intervenor Defendant, | : |
| and | : |
| | : |
| The Master of the M/V OCEAN FORCE, | : |
| | : |
| Garnishee. | : |
| _____ | : |

**<u>VERIFIED ANSWER TO INTERVENOR COMPLAINT AND GARNISHMENT WRIT</u>**

COMES NOW, Defendant REDBRICK VENTURES LTD. (hereinafter "Redbrick"), in

its own capacity as a Supplemental Rule B Defendant and as a Specially Appearing Claimant

and Owner of the *in rem* Defendant M/V OCEAN FORCE IMO 8215613 (hereinafter the

"Vessel"), by and through undersigned counsel and respectfully submits this Answer to the

Intervenor Complaint [D.I. 23] and Garnishment Writ of RAPID GLOBAL SHIPPING, INC. ("RGS"), and respectfully sets forth as follows:

1.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 1 of the Intervenor Complaint.

2.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 2 of the Intervenor Complaint.

3.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 3 of the Intervenor Complaint.

4.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 4 of the Intervenor Complaint.

5.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 5 of the Intervenor Complaint.

## COUNT I: BREACH OF MARITIME CONTRACT

6.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 6 of the Intervenor Complaint.

7.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 7 of the Intervenor Complaint.

8.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 8 of the Intervenor Complaint.

9.      Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 9 of the Intervenor Complaint.

10.     Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 10 of the Intervenor Complaint.

11.     Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 11 of the Intervenor Complaint.

12.     Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 12 of the Intervenor Complaint.

13.     Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 13 of the Intervenor Complaint.

14.     Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 14 of the Intervenor Complaint.

15.     Redbrick denies knowledge or information upon which to admit or deny the allegations contained in paragraph 15 of the Intervenor Complaint.

16.     Redbrick denies the allegations contained in paragraph 16 of the Intervenor Complaint as all bunkers onboard are property of the Owners.

17.     Redbrick denies the allegations contained in paragraph 17 of the Intervenor Complaint.

18.     Redbrick denies the allegations contained in paragraph 18 of the Intervenor Complaint.

19.     Redbrick denies each and every allegation of the Intervenor Complaint as contained in paragraphs therefore numbered "WHEREFORE."

WHEREFORE, Redbrick Ventures Ltd. respectfully request this Court dismiss the garnishment writ issued to it by RGS and order other and further relief as the Court deems just and proper.

Dated: March 25, 2021

Respectfully submitted,

**BARNARD MEZZANOTTE
PINNIE, SEELAUS & KRAFT, LLP**

**OF COUNSEL:**

*/s/ Denise S. Kraft*_____
Denise S. Kraft (DE Bar No.2278)
Anne Kai Seelaus (DE Bar No. 4970)

Briton P. Sparkman (*pro hac vice forthcoming*)
Melissa Patzelt-Russo (*pro hac vice forthcoming*)
**CHALOS & CO, P.C.**
55 Hamilton Avenue
Oyster Bay, New York 11771_____
Telephone: (516) 714-4300
Facsimile: (516) 750-9051
bsparkman@chaloslaw.com
mrusso@chaloslaw.com

1205 N. Orange Street
PO Box 26304
Wilmington, DE  19899
(302) 594-4535
dkraft@bmplaw.net
kseelaus@bmplaw.net

*Attorneys for Redbrick Ventures, Ltd. and
 the M/V OCEAN FORCE, in rem.*

4