IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC Maritime, Ltd., | : | |
|       Plaintiff, | : | C. A. No. 1:21-cv-00202-RGA |
| vs. | : | IN ADMIRALTY |
| Redbrick Ventures, Ltd. | : | |
|       Defendant *quasi in rem, et al.* | : | |

## ANSWER TO COUNTERCLAIMS

Plaintiff / Counter-Defendant CAC Maritime Ltd. ("CAC") responds as follows to Defendant / Counter-Claimant Redbrick Ventures Ltd.'s ("Redbrick") counterclaims:

## JURISDICTION, VENUE, AND PARTIES

1. This is a statement of law and no response is required.

2. This is a statement of law and no response is required.

3. Admitted.

4. Admitted.

5. Denied that at any material time Redbrick was registered as a foreign corporation with the Delaware Division of Corporations.

6. Admitted.

## FACTUAL ALLEGATIONS

7. Admitted that the Vessel recorded owner is Redbrick.

8. Denied. CAC entered into the charter party agreement on December 23, 2020.

9. Admitted.

10. Admitted, however, Redbrick and/ or Primetransport Company OU breached the charter party from its inception

11. Denied. Redbrick and/ or Primetransport Company OU breached the charter party from its inception

12. Denied. The Vessel was tendered to CAC on December 23, 2020, however, was not properly delivered under the charter party.

13. Denied.

14. Admitted in part. When the Vessel was delivered to CAC, cargo consisting of four 40-foot containers and two twenty-foot containers filled with hazardous cargo belonging to Redbrick was still on the Vessel from a prior voyage and prevented CAC from fully loading cargo bound for Haiti. Upon arrival at Jacmel, Haiti, the Vessel was unable to discharge any cargo due to problems in the port. The Vessel was returned to Wilmington, Delaware.

15. Denied. The breach of the charter party was Redbrick's for its failure to remove its cargo from the Vessel prior to its delivery to CAC. As such, CAC bears no liability to Redbrick.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## COUNT I – BREACH OF CHARTER PARTY

20. CAC repeats its foregoing responses.

21. Denied.

22. Denied.

28026173.1

23. Denied.

## RULE E COUNTERSECURITY

24. This is a statement of law and no response is required, otherwise denied.

25. This is a statement of law and no response is required, otherwise denied.

## FIRST AFFIRMATIVE DEFENSE

Redbrick fails to state claims upon which this Court may grant relief.

## SECOND AFFIRMATIVE DEFENSE

Redbrick breached the charter party by its failure to remove the cargo, consisting of four 40-foot containers and two twenty-foot containers filled with hazardous cargo, belonging to Redbrick that was still on the Vessel from a prior voyage prior to delivery of the Vessel to CAC.

## THIRD AFFIRMATIVE DEFENSE

By virtue of having dismissed two other identical claims against CAC, Redbrick's claims are barred pursuant to Fed. R. Civ. P. 41.

## FOURTH AFFIRMATIVE DEFENSE

Redbrick's claims are barred in that Redbrick failed to deliver the Vessel as required by the charter party.

| SIMMS SHOWERS LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ J. Stephen Simms* <br> J. Stephen Simms (Admitted *pro hac vice*) <br> 201 International Circle, Ste. 230 <br> Baltimore, Maryland 21030 <br> Telephone: (410) 783-5795 <br> jssimms@simmsshowers.com | */s/ Timothy Jay Houseal* <br> Timothy Jay Houseal (Del. Bar ID No. 2880) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6682 <br> thouseal@ycst.com |

*Attorneys for CAC Maritime, Ltd.*

Dated: April 20, 2021

28026173.1

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this April 20, 2021 I caused the foregoing to be filed on this Court's CM/ECF system for service on all record counsel.

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (2880)

28026173.1