IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd.,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V OCEAN FORCE, IMO 8215613, its engines, tackle and apparel, et al.,<br><br>    Defendants.<br><br>Rapid Global Shipping, Inc.,<br><br>    Intervenor Plaintiff,<br><br>vs.<br><br>CAC Maritime, Ltd.,<br><br>    Intervenor Defendant,<br><br>and<br><br>The Master of the M/V OCEAN FORCE,<br><br>    Garnishee. | Case No. 21-cv-202-RGA |

**STIPULATION TO WITHDRAW MOTION**

    This 22nd day of April 2021, it is hereby stipulated and agreed that Redbrick Ventures, Ltd.'s Motion for Release of Garnishment (D.I. 47) is withdrawn, without prejudice.

2

| | |
|---|---|
| Dated: April 22, 2021 | Respectfully submitted, |
| **PALMER BIEZUP & HENDERSON LLP** | **BARNARD MEZZANOTTE PINNIE, SEELAUS & KRAFT, LLP** |
| /s/ Michael B. McCauley | /s/ Denise S. Kraft |
| Michael B. McCauley (No. 2416) | Denise S. Kraft (DE Bar No.2278) |
| 1223 Foulk Road | Anne Kai Seelaus (DE Bar No. 4970) |
| Wilmington, DE 19803 | 1205 N. Orange Street |
| (302) 478-7443 | PO Box 26304 |
| mccauley@pbh.com | Wilmington, DE 19899 |
| thouseal@ycst.com | (302) 594-4535 |
| Attorneys for Rapid Global Shipping, Inc. | dkraft@bmplaw.net |
| | kseelaus@bmplaw.net |
| | Attorneys for Redbrick Ventures, Ltd. and the M/V OCEAN FORCE, in rem |

**SO ORDERED** this ___23___ day of April 2021.

/s/ Richard G. Andrews
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE