IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC Maritime, Ltd. | § |
|    Plaintiff, | § § § |
| v. | § CIVIL ACTION NO.: 21-202-RGA § |
| M/V OCEAN FORCE, IMO 8215613, its equipment, appurtenances, and freights | § IN ADMIRALTY, Rule 9(h) § § |
|    Defendant *in rem* | § § |
| and | § § |
| Redbrick Ventures, Ltd. | § § |
|    Defendant *quasi in rem* | § § |
| Gennadiy Shevchenko, Viktor Kushmila, Vitaliy Boyko, Volodymyr Shykhov, Vadym Koval, Sergiy Kuzhbarenko and Andrii Tiupa | § § § § |
|    Intervening Plaintiffs, | § § |
| v. | § § |
| M/V OCEAN FORCE, IMO 8215613, its equipment, appurtenances, and freights | § § § |
|    Defendant *in rem* | § § |
| and | § § |
| Redbrick Ventures, Ltd. | § § |
|    Defendant *in personam* | § § |

**ORDER GRANTING
UNOPPOSED MOTION BY THE OCEAN FORCE OFFICERS AND CREW
TO FILE THEIR VERIFIED INTERVENING COMPLAINT
<u>FOR UNPAID SEAMENS' WAGES AND OTHER OBLIGATIONS</u>**

Upon the unopposed motion of Gennadiy Shevchenko, Viktor Kushmila, Vitaliy Boyko, Volodymyr Shykhov, Vadym Koval, Sergiy Kuzhbarenko and Andrii Tiupa (the "Crew Plaintiffs") pursuant to Fed. R. Civ. P. 24(a) to intervene as of right, to assert their claims for unpaid seamans' wages and related claims against the M/V OCEAN FORCE, its equipment, appurtenances, and freights, *in rem* ("Vessel") and against defendant Redbrick Ventures, Ltd., in personam, this Court hereby:

GRANTS the motion, and ORDERS as follows:

1) The Crew Claimants are granted leave to intervene in the case;

2) The Clerk is directed to accept the intervening complaint, filed with the Crew Claimants' motion to intervene;

3) With this Court's grant of intervention, given the Vessel Owners and all claimants are represented by counsel in this action, the Crew Plaintiffs' complaint is hereby served on the Vessel and that the Crew Plaintiffs' claims are asserted against the Vessel, *in rem*, with no further service on the Vessel (by the Master, Gennadiy Shevchenko, who is one of the Crew Plaintiffs herein) necessary by the United States Marshal.

SO ORDERED this __3__ day of February, 2022.

/s/ Richard G. Andrews
_____
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE