

PHILADELPHIA   |   NEW JERSEY   |   NEW YORK   |   DELAWARE   |   MARYLAND

Michael B. McCauley
*PARTNER*
mccauley@pbh.com

February 8, 2022

Via ECF

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    CAC Maritime Ltd. v. M/V OCEAN FORCE et al.
              No. 21-cv-202-RGA
              Our file: 7339-001

Dear Judge Andrews:

    I am local counsel for intervenor-plaintiff Rapid Global Shipping, Inc. and would respectfully request leave to be excused from attending this Thursday's in-person hearing.

    The purpose of the hearing is to set the terms of sale for the OCEAN FORCE. The ongoing dispute over the terms of sale is between plaintiff CAC and the vessel's owner, rather than Rapid Global.

    My colleague Daniel Wooster is lead counsel for Rapid Global, is admitted *pro hac vice*, and plans to attend the hearing in person and will be prepared to answer any questions the Court might have with respect to Rapid Global.

    I very much appreciate the Court's consideration of this request.

                                                   Respectfully,

                                                   PALMER BIEZUP & HENDERSON LLP

                                                   By: /s/ Michael B. McCauley

cc:    All Counsel (by ECF)