IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAC MARITIME, LTD., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 21-202-RGA |
| | : | |
| M/V OCEAN FORCE, IMO 8215613, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Pursuant to the order for interlocutory sale (D.I. 98), and treating the objections filed by Agent XS SASU (D.I. 99) as an objection to the sale of the vessel pursuant to paragraph 11 of the order for interlocutory sale,

IT IS HEREBY ORDERED that Agent XS SASU shall pay to the Marshals Service an amount determined by the Marshals Service as sufficient to pay the expense of keeping the vessel for at least 14 days (and failure to do so will result in the waiver of Agent XS SASU's objection); and

IT IS HEREBY ORDERED that a hearing is scheduled for March 1, 2022, at 2:00 p.m. in Courtroom 6A. Any party who wishes to be heard at the hearing is DIRECTED to file a

statement of its position and any authorities for that position no later than 48 hours before the scheduled hearing.

    IT IS SO ORDERED this  22  day of February 2022.

/s/ Richard G. Andrews<br>
United States District Judge