

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

February 28, 2022

**CM/ECF**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801

      Re:   *CAC Maritime, Ltd. v. M/V Ocean Force, IMO 8215613*
             C.A. No. 21-202-RGA

Dear Judge Andrews:

      On behalf of our clients the Crew and CAC Maritime, Ltd. ("CAC"), we communicated yesterday February 27, 2022 with Objector Agent XS SASU's ("Agent XS") counsel, after Agent XS filed its further objection to the Court's sale order (D.I. 107).

      Objector Agent XS, by counsel, has confirmed that Agent XS will not be making the $90,000 deposit as required by the United States Marshal, as this Court (D.I. 103) has ordered, either by the deadline of 2:00 p.m. today, February 28th ("no later than 24 hours prior to the hearing scheduled on March 1, 2022, at 2:00 p.m. (D.I. 102)") or otherwise. The Court further ordered (D.I. 102) that "failure to do so will result in the waiver of Agent XS's objection [.]" Payment of the deposit also is required by the Court's interlocutory sale order (D.I. 98).

      As presented by the Crew and CAC in their motion to confirm the sale (D.I. 104), the situation of the Crew and Vessel is dire. The Crew have not been paid since November, and they want to return to their homes in Ukraine now to be with and support their families. Notwithstanding that Agent XS will not pay the required deposit, Agent XS presents no proposal about how, if this Court nevertheless did not confirm the sale, Agent XS would ever unload (or be able to unload) the cargo from the Vessel.

      The Crew and CAC therefore respectfully request that this Court now confirm the February 18, 2022 United States Marshal's Sale, and cancel the March 1, 2022 2:00 p.m. hearing on the Agent XS objection (a condition of which, was the timely $90,000 deposit, which Agent XS, by counsel, has confirmed will not be made).

      Agent XS, by counsel, has asked that we also tell the Court that Agent XS still considers that the Court should hold the hearing tomorrow in light of Agent XS's objections.

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600   F  302.571.1253   YoungConaway.com

29134529.1

Young Conaway Stargatt & Taylor, LLP
The Honorable Richard G. Andrews
Page 2

      The Crew and CAC respond that this Court should set a briefing schedule for later hearing (more than the one working day after Agent XS presents its argument) for any further proceedings on the Agent XS position that it should have a priority custodian expense.

                                        Respectfully submitted,

                                        */s/ Timothy Jay Houseal*

                                        Timothy Jay Houseal
                                        (DE ID #2880)

cc:      All Counsel of Record (via CM/ECF)

29134529.1