# BARNARD, MEZZANOTTE, PINNIE, SEELAUS & KRAFT, LLP

ATTORNEYS AT LAW
1205 N. ORANGE STREET
P.O. BOX 26304
WILMINGTON, DE  26304

_____

(302) 594-4535

DENISE SEASTONE KRAFT
dkraft@bmpkslaw.com

March 1, 2022

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, Delaware  19801-3555

RE:    CAC Maritime, Ltd. v. Redbrick Ventures, Ltd.
Rapid Global Shipping, Inc. v. CAC Maritime, Ltd.
<u>Civil Action No. 21-202-RGA</u>

Dear Judge Andrews:

We are counsel for Defendant Redbrick Ventures, Ltd. in its *in personam* capacity and as Claimant on behalf of the M/V OCEAN FORCE.  As the Court is aware, the Vessel was sold at auction on February 18, 2022 and all conditions and requirements for the high bidder Alexander Navigation, Inc. have been timely met. No funds for the fourteen (14) day security of the vessel have been submitted by any objector.  Defendant respectfully submits that the sale should be confirmed. (D.I. 98 and D.I. 104).

Defendant takes no position on Agent XS Sasu's dispute with CAC Maritime Ltd. and whether timely notice of the lien claim against the cargo was properly provided by the Plaintiff to the Objector (or not) and/or whether the Plaintiff had a right to arrest the cargo (or not).  Issues which Defendant Redbrick previously raised to the Court in prior pleadings (D.I. 88) and during the February 10, 2022 hearing.

Defendant has suffered significant loss during the past year due to Plaintiff's attachment and has spent considerable funds on the safekeeping of the vessel, crew, and cargo. All while its sole income earning asset, the M/V OCEAN FORCE was under seizure.  Defendant Redbrick is substantively out of money and its position is now even more precarious given that its shoreside employees, agents, and operators are based in the Ukraine.  Given this situation, Defendant Redbrick respectfully requests the following relief:

1. That its out-of-town counsel, Briton P. Sparkman be excused from appearing at the March 1, 2022 hearing in person (and should the Court require

attendance from Mr. Sparkman, that he be permitted to attend through telephone connection);

2. That Delaware counsel, Denise S. Kraft be excused from appearing at the March 1, 2022 hearing as Defendant Redbrick has no objection to the confirmation of sale and takes no position on the dispute between Agent XS Sasu and CAC Maritime Ltd.;

3. That as was contemplated and agreed during the February 10, 2022 hearing, the parties be directed to prepare and submit a schedule for the deadline for the intervention of any other interested party(s) and a schedule for any contemplated briefing on the issues of *custodia legis* and claims for priority against the *res* after the sale is approved. This way, all parties may have the opportunity to submit declarations, marshaled evidence, legal argument, and if necessary, a hearing on the disputed *custodia legis* and priority claims, none of which are currently before the Court.

In advance, we thank the Court for its time and attention to this matter.  Counsel is available at Your Honor's convenience should the Court have any questions.

Respectfully submitted,

*/s/ Denise S. Kraft*

DENISE S. KRAFT

cc:  Counsel of record (via CM/ECF)