IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAC MARITIME, LTD., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 21-202-RGA |
| | : |
| M/V OCEAN FORCE, IMO 8215613, et al., | : |
| | : |
| Defendants. | : |

**ORDER APPROVING INTERLOCUTORY SALE
OF THE M/V OCEAN FORCE AND CARGO
AND CONFIRMING SALE**

For the reasons stated in open court,[1] the sale of the M/V Ocean Force and Cargo to Alexander Navigation, Inc., Majuro, Marshall Islands, for $500,000 is CONFIRMED. The United States Marshal shall deliver to Alexander Navigation, Inc., Majuro, Marshall Islands a bill of sale for the M/V Ocean Force and Cargo, free and clear of prior liens and claims, which shall attach to the proceeds of the sale.

SO ORDERED this 1st day of March 2022.

/s/ Richard G. Andrews
United States District Judge

---

[1] CAC's motion (D.I. 104) is GRANTED.